IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

        vs.

ARIC D. STEBERL,

        Defendant.

:    Case No. 3:07cr118

:    JUDGE WALTER H. RICE

:

:

---

## ORDER LIFTING FEDERAL DETAINER AND RELEASING DEFENDANT FROM CUSTODY

---

Pursuant to the record made in open Court on May 22, 2018, it is hereby ordered that the federal detainer in this matter is hereby lifted. The Court will defendant released on conditions that: 1) defendant meet with probation officer; 2) contact probation officer no later than 9:00 pm today with information where he will stay; 3) daily drug testing until phone conference on May 29, 2018; 4) resolve warrant or obtain cancelation and begin process of resolving Clermont County case within 72 hours of release; 5) schedule post-op doctor's appointment as soon as possible; and 6) defendant must live with his parents.

May 22, 2018

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE